UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       Case No. 2:18-mj-10
                                       HON. TIMOTHY P. GREELEY

RAYMOND JOSEPH KLOSOWSKI,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on January 9, 2019, for an appearance on a Petition for Summons for Offender Under supervision (ECF 16). He was advised of her rights, the charges and penalties.

For reasons stated on the record, defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                /s/ Timothy P. Greeley
                                               TIMOTHY P. GREELEY
                                               UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2019